RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/6/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ALTON SAVOY, ET AL | CIVIL ACTION NO. 04-0724 |
| VERSUS | JUDGE DOHERTY |
| EX-CELL-O CORPORATION, ET AL | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING

Currently pending before the Court is a Motion for Summary Judgment [Doc. 50] filed on behalf of defendant, Elopak, Inc., seeking a dismissal of plaintiffs' claims against it on the grounds the pleadings, depositions, answers to interrogatories and admissions on file show there is no genuine issue as to any material fact, and mover is entitled to summary judgment as a matter of law, dismissing it with prejudice as a defendant from this case. Defendant argues all evidence conclusively establishes that it did not manufacture the allegedly defective product which plaintiff asserts was the cause of his slip and fall. Plaintiffs have not opposed the motion.

Therefore, the Motion for Summary Judgment, appearing to be well-founded in law and fact, and being unopposed by plaintiffs, is hereby GRANTED. All claims against Elopak, Inc., formerly named Pur-Pak, Inc. of Delaware, are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ____ day of December, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE