

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ALTON SAVOY, ET AL | CIVIL ACTION NO. 04-0724 |
| VERSUS | JUDGE DOHERTY |
| EX-CELL-O CORPORATION, ET AL | MAGISTRATE JUDGE HILL |

## ORDER

Considering the foregoing Memorandum Ruling,

The Motion for Summary Judgment [Doc. 50] filed on behalf of defendant, Elopak, Inc. is hereby GRANTED. All claims against Elopak, Inc., formerly named Pur-Pak, Inc. of Delaware, are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___6___ day of December, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE